UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

ARTHUR GINSBERG, Plaintiff ]
v. ] Case # 2010-CV-_____
]
JAMES L. DeHART, ]
JOHN P. GRIFFITH, ]
LANDYA B. McCAFFERTY, ]
MARGARET H. NELSON, ]
DIANE M. NICOLOSI, ]
MAX DOES 1 through 12, ]
MAXINE DOES 1 through 12, ]
NED ZOES 1 through 12, ]
NADINE ZOES 1 through 12, ]
                    Defendants. ]

## EXHIBITS
**OFFERED BY: PLAINTIFF**

| NUMBER/ LETTER | DESCRIPTION |
|---|---|
| A | 10/21/2002, Plaintiff's Professional Conduct Complaint |
| B | 08/30/1999, New Hampshire Supreme Court ruling in "Feld Case" LD-97-009 |
| C | 01/24/2003, Margaret Nelson's letter to Plaintiff |
| D | New Hampshire Supreme Court appointment of Attorney Robert C. Dewhirst |
| E | 12/19/2003, Margaret Nelson's letter to Plaintiff |
| F | 03/10/2004, Attorney Landya B. McCafferty's letter |
| G | 06/09/2004, Attorney Landya B. McCafferty's "Request For Dismissal With A Warning" |
| H | 06/28/2006, the Plaintiff's "Response To Request For Dismissal With A Warning And Request For a Hearing" |
| I | **Intentionally omitted** |
| J | 06/282006, Attorney Griffith's "Objection to Proposed Warning" |

Case 1:10-cv-00452-DBH   Document 1-1   Filed 10/05/10   Page 2 of 4

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Case # 2010-CV-_____

| NUMBER/ LETTER | DESCRIPTION |
|---|---|
| K | 07/19/2006 "Dismissal With A Warning" |
| L | 08/21/2006, Plaintiff's "Amended Rule 11 Petition For Original Jurisdiction" |
| M | 10/18/2006, order of the New Hampshire Supreme Court |
| N | 11/07/2006, Plaintiff's Motion For An Order Directing The Professional Conduct Committee To File A Certified Copy Of The Entire Record Of The Proceedings Held In The Underlying Attorney Discipline Case Docketed In 2002 As #02-131 |
| O | 11/13/2006, Attorney McCafferty's reply to Plaintiff's motion |
| P | 12/07/2006, New Hampshire Supreme Court order dismissing Plaintiff's Rule 11 Petition. |
| Q | **12/7/2006,** Plaintiff's motion for reconsideration |
| R | 01/04/2007, New Hampshire Supreme Court order denying the Plaintiff's motion for reconsideration |