# EXHIBIT C



# The State of New Hampshire Supreme Court

*Professional Conduct Committee • 4 Park Street, Suite 304 • Concord, New Hampshire 03301*
*(603) 224-5828 • fax (603) 228-9511*

January 24, 2003

Mr. Arthur Ginsberg
10 Glendale Drive
Nashua, New Hampshire 03064

Re:   Griffith, John P. and Spaloss, Henry F. advs. Arthur Ginsberg - #02-131

Dear Mr. Ginsberg:

The Professional Conduct Committee has discussed the "potential conflict of interest" you raised in your letter dated January 5, 2003.

John P. Griffith does represent the Committee in a long standing matter that is, hopefully, nearing a conclusion. The case is unrelated to your complaint and it is at an advanced stage. For these reasons, the Committee believes it is important that Mr. Griffith complete his assignment.

However, the Committee understands your concern. Therefore, the Committee voted as follows:

1. Mr. Griffith will not be retained by the Committee on any other matter during the pendency of your complaint;

2. Following the usual exchange of letters between you and the respondents, the Committee will ask the New Hampshire Supreme Court to appoint a substitute member to the Committee for the purpose of investigating your complaint; and

3. If it is determined that a hearing is necessary, the Committee will ask the New Hampshire Supreme Court to appoint a substitute panel to hear the case.

Sincerely,

Margaret H. Nelson
Chair

MHN/bg
cc:   John P. Griffith, Esquire
      Henry F. Spaloss, Esquire