# EXHIBIT D



## The State of New Hampshire Supreme Court

*Professional Conduct Committee • 4 Park Street, Suite 304 • Concord, New Hampshire 03301*
*(603) 224-5828 • fax (603) 228-9511*

March 26, 2003

Mr. Arthur Ginsberg
10 Glendale Drive
Nashua, New Hampshire 03064

John P. Griffith, Esquire
P.O. Box 1208
Wilton, New Hampshire 03086

Henry F. Spaloss, Esquire
Blue Jay Hill
Nashua, New Hampshire 03060

Re:   Griffith, John P. and Spaloss, Henry F. advs. Arthur Ginsberg  - #02-131

Gentlemen:

Please be advised that the New Hampshire Supreme Court has specially appointed former Committee Member Robert C. Dewhirst to investigate this matter.

Sincerely,

James L. DeHart
Administrator

JLD/bg

cc:   Robert C. Dewhirst, Esquire

\\Pcesvr1\Data\DOCS\ASSIGNS\03ASSIGN\02-131 assigned.326.wpd