# EXHIBIT E



*The State of New Hampshire Supreme Court*

*Professional Conduct Committee • 4 Park Street, Suite 304 • Concord, New Hampshire 03301*
*(603) 224-5828 • fax (603) 228-9511*

December 19, 2003

Mr. Arthur Ginsberg
10 Glendale Drive
Nashua, New Hampshire   03064

John P. Griffith, Esquire
P.O. Box 1208
Wilton, New Hampshire   03086

Re:   Griffith, John P. advs. Arthur Ginsberg - #02-131

Gentlemen:

After considering the information now on hand, the Committee has
determined that a hearing will be necessary in the above matter, with respect to
the allegations against Mr. Griffith.

The New Hampshire Supreme Court attorney discipline structure will be
undergoing change effective on January 1, 2004. The file will be assigned to
the newly appointed Disciplinary Counsel at that time.

Sincerely,

Margaret H. Nelson
Chair

MHN/bg

\\Possvr1\Data\DOCS\HEARING\03HRNGS\02-131 hearing as permits 12-19.wpd