# EXHIBIT F

# New Hampshire Supreme Court

## Attorney Discipline Office

James L. DeHart
General Counsel

Thomas V. Trevethick
Deputy General Counsel

Janet F. DeVito
Assistant General Counsel

4 Park Street, Suite 304
Concord, New Hampshire 03301
603-224-5828 • Fax 603-228-9511

Landya B. McCafferty
Disciplinary Counsel

Craig A. Calaman, CPA
Staff Auditor

March 10, 2004

John P. Griffith
P.O. Box 1208
Wilton, New Hampshire 03086

Re:  Griffith, John P. and Spaloss, Henry F. advs. Arthur Ginsberg - #02-131

Dear Mr. Griffith:

I am writing to update you on the status of your pending matter before the Attorney Discipline Office. As you may know, the New Hampshire Supreme Court amended the rules related to attorney discipline, Supreme Court Rules 37 and 37A. The amended rules went into effect as of January 1, 2004.

Pursuant to Rule 37(A)(VIII), the newly amended rules apply to any disciplinary matter pending before the Professional Conduct Committee on January 1, 2004, in which prior to that date, the Committee had determined that a hearing was necessary. Your case falls into this category, and, as such, will be processed under the new rules.

As Disciplinary Counsel, it is my duty to review each of the files that the Professional Conduct Committee recommended for hearing under the old system. You should be aware that, in addition to your case, there are approximately thirty-four other such pending cases. In accordance with my duties under Sup. Ct. R. 37A(III), I am now reviewing these cases.

Page 2
John P. Griffith
Re: Griffith, John P. and Spaloss, Henry F. advs. Arthur Ginsberg - #02-131
March 10, 2004

    As I begin to review each of these files, I intend to telephone both the Complainant and Respondent, (or his/her counsel). In the meantime, however, feel free to call with any questions you may have about either your case or the new attorney discipline process.

                    Sincerely,

                    Landya B. McCafferty
                    Disciplinary Counsel

LBM/lms
Enclosure
cc:    Arthur Ginsberg
        Henry F. Spaloss, Esquire
G:\DOCS\Disciplinary Counsel\Letters 2004\02-131jg.3-10.doc