# EXHIBIT K

# New Hampshire Supreme Court

## Professional Conduct Committee

Margaret H. Nelson, Chair
Benette Pizzimenti, Vice Chair
Toni M. Gray,* Vice Chair
David N. Cole
Thomas P. Connair
Alan J. Cronheim
Eleanor Wm. Dahar

4 Park Street, Suite 304
Concord, New Hampshire 03301
603-224-5828 • Fax 228-9511

Gerald A. Daley*
Richard H. Darling*
Gretchen Rule Hamel
James R. Martin
David N. Page*
* non attorney member
Holly B. Fazzino, Admin. Coordinator

*Griffith, John P. advs. Arthur Ginsberg # 02-131*

### Dismissal with Warning

On July 18, 2006, the Professional Conduct Committee, upon consideration, voted to dismiss the above-entitled matter with a finding of no professional misconduct but with a Warning:

The Professional Conduct Committee finds that the Complainant's allegations could not be proven by clear and convincing evidence and the complaint is dismissed with a finding of no professional misconduct. The Committee finds, however, that the factual predicate for a number of Respondent's conclusory statements and arguments concerning (a) Complainant's mental health and actions towards his ex-wife, and (b) Complainant's 1999 financial earnings were inflammatory and without a strong factual basis. Further, the Committee is concerned about Respondent's judgment in responding to the demands and assertions of his client and otherwise generating unnecessary litigation. Accordingly, Respondent is warned under Rule 3.3(a) to take more care in the future to insure the accuracy and fairness of his pleadings and statements to the court.

A record of this Warning, pursuant to Supreme Court Rule 37(A) (II)(b)(1)(B)(iii)(a), may be considered by the Complaint Screening Committee to determine whether diversion may be appropriate in the event charges of minor misconduct are subsequently brought against Mr. Griffith, or, pursuant to Supreme Court Rule 37(A) (II)(b)(1)(B)(iii)(b), by the Professional Conduct Committee in the event findings of misconduct are subsequently found against Mr. Griffith.

July 19, 2006

Margaret H. Nelson
Chair

Distribution:
Landya B. McCafferty, Disciplinary Counsel
John P. Griffith, Esquire
File