# EXHIBIT M

# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. LD-2006-0008, <u>Petition of Arthur Ginsberg</u>, the court on October 18, 2006, issued the following order:**

Arthur Ginsberg's petition for original jurisdiction is accepted for briefing and oral argument. Arthur Ginsberg, John P. Griffith, and the Attorney Discipline Office's disciplinary counsel shall be considered parties to this case.

On or before November 17, 2006, the Professional Conduct Committee shall file a certified copy of the record of proceedings before the committee. Upon receipt of the certified record, a briefing schedule will be issued.

This order is entered by a single justice (Duggan, J.). <u>See</u> Rule 21(7).

**Eileen Fox,
Clerk**

Distribution:
Professional Conduct Committee
Honorable Sherman D. Horton
John P. Griffith, Esquire
Mr. Arthur Ginsberg
Landya B. McCafferty, Esquire
File