# EXHIBIT P

# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

### In Case No. LD-2006-0008, Petition of Arthur Ginsberg, the court on December 7, 2006, issued the following order:

The court vacates the acceptance order of October 18, 2006, issued by a single justice. On consideration by the panel, the petition for original jurisdiction is denied. See Rule 11(6). Petitioner's motion for an order directing the Professional Conduct Committee to file a certified copy of the entire record and petitioner's motion for leave to file a reply to respondent PCC's objection are, therefore, moot.

Denied.

Duggan and Galway, JJ., concurred; Brock, C.J., specially assigned under RSA 490:3, concurred.

**Eileen Fox,<br>Clerk**

Distribution:
Professional Conduct Committee
Honorable David A. Brock
John P. Griffith, Esquire
Mr. Arthur Ginsberg
Landya B. McCafferty, Esquire
File