# EXHIBIT R

# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. LD-2006-0008, <u>Petition of Arthur Ginsberg</u>, the court on January 4, 2007, issued the following order:**

The petitioner has filed a motion for full court reconsideration of the 12/7/2006 panel decision reversing an earlier acceptance order. It appears from the motion that the petitioner erroneously believes that the December 7, 2006 order was not issued by the "full court." Because Chief Justice Broderick, Justice Dalianis, and Justice Hicks disqualified themselves from this case, the December 27, 2006 order was issued by the full court as constituted by the justices who are not disqualified justices, and Chief Justice Brock, who was assigned to the case in accordance with RSA 490:3.

Petitioner's motion for full court reconsideration of the 12/27/06 panel decision reversing an earlier acceptance order is denied.

Duggan and Galway, JJ., concurred; Brock, C.J., specially assigned under RSA 490:3, concurred.

**Eileen Fox,
Clerk**

Distribution:
Professional Conduct Committee
Honorable David A. Brock
John P. Griffith, Esquire
Mr. Arthur Ginsberg
Landya B. McCafferty, Esquire
Donna Craig, Supreme Court
File