AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

|  |  |  |
|---|---|---|
| Arthur Ginsberg | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. |
| James L. DeHart, John P. Griffith, Landya B. McCafferty, Margaret H. Nelson, Diane M. Nicolosi, Max Does 1 through 12, Maxine Does 1 through 12, Ned Zoes 1 through 12, and Nadine Zoes 1 through 12 | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

James L. DeHart
Supreme Court Attorney Discipline Office
4 Chenell Drive, Suite 102
Concord, N.H. 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Arthur Ginsberg
10 Glendale Drive
Nashua, NH 03064-1634

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                    .

❑ I personally served the summons on the individual at *(place)*

                                                on *(date)*                    ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

                                , a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)*                                        , who is

designated by law to accept service of process on behalf of *(name of organization)*

                                                on *(date)*                    ; or

❑ I returned the summons unexecuted because                                        ; or

❑ Other *(specify)*

My fees are $              for travel and $              for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:                    

                                        _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*

                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| Arthur Ginsberg | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No. |
| James L. DeHart, John P. Griffith, Landya B. McCafferty, Margaret H. Nelson, Diane M. Nicolosi, Max Does 1 through 12, Maxine Does 1 through 12, Ned Zoes 1 through 12, and Nadine Zoes 1 through 12 | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> John P. Griffith
> 1020 Isaac Frye Highway
> Wilton, NH 03086

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Arthur Ginsberg
> 10 Glendale Drive
> Nashua, NH 03064-1634

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title if any)*
was received by me on *(date)*                    .

□  I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

□  I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

□  I served the summons on *(name of individual)*                                   , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

□  I returned the summons unexecuted because _____ ; or

□  Other *(specify)*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| Arthur Ginsberg | ) |
| ——————————————— | ) |
| *Plaintiff* | ) |
| v. | ) |
| James L. DeHart, John P. Griffith, Landya B. McCafferty, Margaret H. Nelson, Diane M. Nicolosi, Max Does 1 through 12, Maxine Does 1 through 12, Ned Zoes 1 through 12, and Nadine Zoes 1 through 12 | ) |
| ——————————————— | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      Landya B. McCafferty
      55 Pleasant Street
      Concord, NH 03301-3941

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Arthur Ginsberg
      10 Glendale Drive
      Nashua, NH 03064-1634

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                          .

❐ I personally served the summons on the individual at *(place)*

on *(date)*                          ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                          , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)*                          , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                          ; or

❐ I returned the summons unexecuted because                          ; or

❐ Other *(specify):*

.

My fees are $                for travel and $                for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev  12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| Arthur Ginsberg | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| James L. DeHart, John P  Griffith, Landya B  McCafferty, Margaret H  Nelson  Diane M  Nicolosi, Max Does 1 through 12, Maxine Does 1 through 12, Ned Zoes 1 through 12, and Nadine Zoes 1 through 12 | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Margaret H. Nelson
Sulloway and Hollis. PLLC
9 Capitol Street
Concord, N.H. 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Arthur Ginsberg
10 Glendale Drive
Nashua, NH 03064-1634

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev  12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                          *Server's signature*

                                                 _____
                                                          *Printed name and title*

                                                 _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| Arthur Ginsberg <br> _____ <br> *Plaintiff* <br> v. <br> James L. DeHart, John P. Griffith, Landya B. McCafferty, Margaret H. Nelson, Diane M. Nicolosi, Max Does 1 through 12, Maxine Does 1 through 12, Ned Zoes 1 through 12, and Nadine Zoes 1 through 12 <br> _____ <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Diane M. Nicolosi
30 Spring Street
Nashua, NH 03060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Arthur Ginsberg
10 Glendale Drive
Nashua, NH 03064-1634

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title. if any)*

was received by me on *(date)*                    .

❑  I personally served the summons on the individual at *(place)*

                                                        on *(date)*                ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*

                                        , a person of suitable age and discretion who resides there,

on *(date)*                , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)*                                        , who is

designated by law to accept service of process on behalf of *(name of organization)*

                                                        on *(date)*                ; or

❑  I returned the summons unexecuted because                                        ; or

❑  Other *(specify)*.

                                                                                    .

My fees are $                for travel and $                for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: