UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Arthur Ginsberg</u>

    v.                            Civil No. 10-cv-00452-JL

<u>James L. DeHart, et al.</u>

**ORDER OF RECUSAL**

    I hereby recuse myself from presiding over this case as I am personally familiar with defendant John P. Griffith, and serve on the United States District Court for the District of New Hampshire with United States Magistrate Judge Landya B. McCafferty.

    **SO ORDERED.**

                                                        _/s/ Joe Laplante_
                                                        Joseph N. Laplante
                                                        United States District Judge

Dated:  October 13, 2010

cc:  Arthur Ginsberg, pro se