UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


<u>Arthur Ginsberg</u>

    v.                                                  Civil No. 10-cv-452

<u>James L. DeHart, et al.</u>


**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case.

**SO ORDERED.**

                                                         /s/ Steven J. McAuliffe
                                                         Steven J. McAuliffe
                                                         Chief Judge

October 14, 2010

cc:  Arthur Ginsberg, <u>pro se</u>