```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Arthur Ginsberg**

    **v.**                                        Case No. 10-cv-452-PB

**James L. DeHart, et al.**


**O R D E R**

    I recuse myself from presiding over this matter and direct the clerk to assign the case to another judge.

    SO ORDERED.

                                             /s/Paul Barbadoro
                                             Paul Barbadoro
                                             United States District Judge

October 14, 2010

cc: Arthur Ginsberg, pro se