UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Arthur Ginsberg

    v.                          Civil No. 10-cv-452

James L. DeHart, et al.


O R D E R

    The undersigned recuses himself from presiding over this case.  The case shall be assigned to another judge.

    SO ORDERED.

                                    /s/ Joseph A. DiClerico, Jr.
                                    Joseph A. DiClerico, Jr.
                                    United States District Judge

Date:  October 14, 2010

cc:  Arthur Ginsberg, pro se