UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Arthur Ginsberg

     v.          NH Civil No. 10-cv-452

James L. DeHart, et al

# **O R D E R**

All active service district judges in this district are recused from presiding over this case. Accordingly, the case shall be referred to the District of Maine; sitting by designation.

The recusal of all of the active service district judges in this court give rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636 (f).  I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. §636(a) - (c).

  SO ORDERED.

Date:  October 18, 2010      /s/ Steven J. McAuliffe
                Steven J. McAuliffe
                Chief Judge

cc: Arthur Ginsberg, pro se
   Clerk, USDC - District of Maine

## **CONCURRING ORDER**

I concur that _____, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge _____ is assigned to perform such duties under 28 U.S.C. § 636 (a) - (c) as may be assigned to him/her by the district judge to whom this case is assigned.


Date: _____   _____
　　　　　　　　　　　　　　　　Chief United States District Judge
　　　　　　　　　　　　　　　　District of Maine


cc:　　Arthur Ginsberg, pro se
　　　　Clerk, USDC - District of New Hampshire