AO 440 (Rev 12/09) Summons in a Civil Action

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

OCT 1 2010

**FILED**

| | |
|---|---|
| Arthur Ginsberg<br><br>_Plaintiff_<br><br>v.<br>James L DeHart, John P Griffith, Landya B McCafferty, Margaret H Nelson, Diane M Nicolosi, Max Does 1 through 12, Maxine Does 1 through 12, Ned Zoes 1 through 12, and Nadine Zoes 1 through 12<br><br>_Defendant_ | Civil Action No. 10-cv-452-JL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Margaret H. Nelson
Sulloway and Hollis. PLLC
9 Capitol Street
Concord, N.H. 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney. whose name and address are:

Arthur Ginsberg
10 Glendale Drive
Nashua, NH 03064-1634

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**with ECF Notice attached**

JAMES R. STARR, Clerk

Date: 10/12/2010

By: /s/ Ann Mulvee, Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Margaret H. Nelson

was received by me on *(date)*  10/14/2010  .

☑ I personally served the summons on the individual at *(place)*  Sulloway & Hollis

on *(date)*  10/14/2010  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 10-14-2010

*Server's signature*

Felipe Salas-Aguire
*Printed name and title*

31 Monza Rd Nashua NH 03064
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev 12/09) Summons in a Civil Action

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

## UNITED STATES DISTRICT COURT
for the
District of New Hampshire

OCT 13 2010

**FILED**

| | |
|---|---|
| Arthur Ginsberg <br><br> *Plaintiff* <br><br> v. <br> James L. DeHart, John P Griffith, Landva B McCafferty, Margaret H Nelson, Diane M Nicolosi, Max Does 1 through 12, Maxine Does 1 through 12, Ned Zoes 1 through 12, and Nadine Zoes 1 through 12 <br><br> *Defendant* | Civil Action No. 10-cv-452-JL |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Diane M. Nicolosi
30 Spring Street
Nashua, NH 03060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Arthur Ginsberg
10 Glendale Drive
Nashua, NH 03064-1634

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

### with ECF Notice attached

JAMES R. STARR, Clerk

Date:  10/12/2010

By: /s/ Ann Mulvee, Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Diane M. Nicolosi
was received by me on *(date)* 10/14/2010 .

☑ I personally served the summons on the individual at *(place)* Hillsborough Court
on *(date)* 10/14/2010 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* [redacted], who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-14-2010

*Server's signature*

Felipe Salas-Ogilvie
*Printed name and title*

31 Monza Rd Nashua NH 03064
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev 12/09) Summons in a Civil Action

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

OCT 13 2010

**FILED**

Arthur Ginsberg )
_____ )
*Plaintiff* )
)
v. ) Civil Action No. 10-cv-452-JL
James L. DeHart, John P Griffith, Landya B McCafferty, Margaret H Nelson, Diane M )
Nicolosi, Max Does 1 through 12, Maxine Does 1 through 12, Ned Zoes 1 through 12, and )
Nadine Zoes 1 through 12 )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Landya B. McCafferty
55 Pleasant Street
Concord, NH 03301-3941

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Arthur Ginsberg
10 Glendale Drive
Nashua, NH 03064-1634

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**with ECF Notice attached**

JAMES R. STARR, Clerk

Date: 10/12/2010

By: /s/ Ann Mulvee, Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2010 OCT 18 P 2: 04

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Landya B. McCafferty
was received by me on *(date)* 10/14/2010 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* James Starn , who is
designated by law to accept service of process on behalf of *(name of organization)* ~~[scribbled out]~~
Landya B. McCafferty on *(date)* 10/14/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-14-2010

*Server's signature*

Felipe Salas-Ogilvie
*Printed name and title*

37 Manza Rd Nashua NH 03064
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev 12/09) Summons in a Civil Action

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

OCT 18 2010

**FILED**

| | |
|---|---|
| Arthur Ginsberg <br><br> *Plaintiff* <br><br> v. <br> James L DeHart, John P Griffith, Landya B McCafferty, Margaret H Nelson Diane M Nicolosi, Max Does 1 through 12, Maxine Does 1 through 12, Ned Zoes 1 through 12, and Nadine Zoes 1 through 12 <br><br> *Defendant* | Civil Action No. 10-cv-452-JL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

John P. Griffith
1020 Isaac Frye Highway
Wilton, NH 03086

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Arthur Ginsberg
10 Glendale Drive
Nashua, NH 03064-1634

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**with ECF Notice attached**

JAMES R. STARR, Clerk

Date: 10/12/2010

By: /s/ Ann Mulvee, Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

2010 OCT 18 P 2: 04

This summons for *(name of individual and title, if any)*  John P. Griffith

was received by me on *(date)*  10/14/2010  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Mrs. Griffith
_____ , a person of suitable age and discretion who resides there,
on *(date)* 10-14-2010 , ~~and mailed a copy to the individual's last known address;~~ or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 10-14-2010

*Server's signature*

Felipe Salas-Ogilvie
*Printed name and title*

31 Monza Rd Nashua NH 03064
*Server's address*

Additional information regarding attempted service, etc:

Mr. Griffith was present at the time.