IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2010 OCT 18 P 2: 04

| | |
|---|---|
| ARTHUR GINSBERG | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES L. DeHART, | ) |
| JOHN P. GRIFFITH, | ) |
| LANDYA B. McCAFFERTY, | ) Case No. **1:10-cv-00452-LM** |
| MARGARET H. NELSON, | ) |
| DIANE M. NICOLOSI, | ) |
| MAX DOES 1 through 12, | ) |
| MAXINE DOES 1 through 12, | ) |
| NED ZOES 1 through 12, | ) |
| NADINE ZOES 1 through 12, | ) |

## PRO SE MOTION TO OBTAIN ECF LOGIN AND PASSWORD

NOW COMES Plaintiff, appearing in his pro-se capacity, and respectfully requests that the court permit said Pro Se Litigant to obtain an ECF login and password. In support of this motion, Pro Se Litigant states the following:

1. Pro Se Litigant is presently a named party in the above case.

2. Pro Se Litigant is not presently incarcerated.

3. Pro Se Litigant represents that he has the following systems required to participate in ECF:

   A. Personal computer (Pentium or higher/MacIntosh equivalent) (64MB Ram) running a standard platform (e.g., Windows 95, 98, 2000, NT). Minimum IBM or Mac PC with a 486-66 mhz Processor and 16MB Ram, Windows 3.1;

   B. Portable Document Format (PDF) compatible word processing software for creating pleadings (e.g., Corel WordPerfect, Microsoft Word);

   C.  PDF creation software used to convert documents to PDF and PDF reading software used to read documents converted to PDF;

   D.  Internet service using point-to-point protocol (PPP) for accessing the Internet and for sending and receiving e-mails through a Broadband connection;

   E.  Internet browser that is compatible with CM/ECF, such as Internet Explorer 5.5;

   F.  A PACER account with PACER login and password;

   G.  A document scanner and/or access to a document scanner;

4. As a condition of obtaining an ECF login and password, Pro Se Litigant understands and agrees to the following:

   A.  That I am required to maintain and keep the aforementioned systems in working order;

   B.  That I am required to review the USDCNH Administrative Procedures for Electronic Case Filing and will be expected to comply with all rules and procedures governing ECF;

   C.  That I will review the interactive "New Hampshire Computer Based Training Modules" on the court's website at www.nhd.uscourts.gov.

   D.  That I may only file electronic documents in the above captioned case;

   E.  That the clerk's office will terminate my ECF Registration should an attorney subsequently file an appearance on my behalf in the above captioned case;

   F.  That the court may terminate my ECF Registration at any time for failure to comply with any of the above conditions or other conditions stated in the ECF Registration Form.

WHEREFORE, Pro Se Litigant respectfully requests that the court:

A. Grant the Motion to Obtain an ECF Login and Password;

B. Grant such other relief as is equitable and just.

October 18, 2010

*[signature]*
Arthur Ginsberg
10 Glendale Drive
Nashua, NH 03064-1634
(603) 889-0393
*aginsberg@comcast.net*

3

## **CERTIFICATE OF SERVICE**

I, Arthur Ginsberg hereby certify that on this 18th day of October 2010, I mailed copies of the foregoing Motion and "Pro Se ECF Registration Form" on all pro se parties and all Counsel of Record by mailing copies, via postage prepaid U.S. Mail to each of the following:

James L. DeHart
Supreme Court Attorney Discipline Office
4 Chenell Drive, Suite 102
Concord, N.H. 03301

John P. Griffith
1020 Isaac Frye Highway
Wilton, NH 03086

Landya B. McCafferty
U.S. District Court
55 Pleasant Street
Concord, NH 03301-3941

Margaret H. Nelson
Sulloway and Hollis. PLLC
9 Capitol Street
Concord, N.H. 03301

Diane M. Nicolosi
Hillsborough Superior Court
30 Spring Street
Nashua, NH 03060

_____
Arthur Ginsberg