# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ARTHUR GINSBERG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NH Civil No. 10-cv-452 |
| | ) |
| JAMES L. DeHART, et al., | ) |
| | ) |
| Defendants | ) |

## **O R D E R**

As plaintiff Arthur Ginsberg brought this action pro se, his complaint is before me for preliminary review to determine whether this court's subject matter jurisdiction has been invoked. See U.S. District Court District of New Hampshire Local Rule ("LR") 4.3(d)(1)(A). Plaintiff bases this action on the First and Fourteenth Amendments to the United States Constitution and relies upon 42 U.S.C. § 1983, 1985 and 1988, and properly cites the federal question jurisdiction statute, 28 U.S.C. § 1331. The filing, therefore, is sufficient to establish subject matter jurisdiction under 28 U.S.C. § 1331 (providing for federal question jurisdiction).

Accordingly, I order the Clerk's office to issue the necessary summonses against the defendants to enable this action to proceed. See LR 4.3(d)(1)(A). Plaintiff shall complete service within 120 days following issuance of the summonses as provided by Fed. R. Civ. P. 4(c). Service shall include the summons, a copy of the complaint (Document no. 1) and this order.

Defendants shall answer or otherwise plead within twenty days from the date of service, unless the plaintiff proceeds by service by waiver.

Plaintiff is referred to Fed. R. Civ. P. 5, which requires that every pleading after the complaint and every written motion, notice, and similar paper be served on all parties, which service shall be made by mailing it to the parties' attorney(s).

**SO ORDERED.**

/s/ Margaret J. Kravchuk
United States Magistrate Judge

October 19, 2010