UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Arthur Ginsberg

    v.                                  NH Civil No. 10-cv-452-JAW

James L. DeHart, et al

**O R D E R**

Pursuant to the provisions of LR 77.5, the above-captioned case has been referred to the District of Maine for consideration by a Maine judicial officer, sitting by designation, due to the recusal of the New Hampshire judges. Jurisdiction of the case remains with the New Hampshire District Court.

All original pleadings, motions, memos, and filings will continue to be filed with the Clerk in New Hampshire in accordance with this district's electronic case filing rules. Pro se litigants, however, are not required to file electronically and may continue to file documents in paper format. Absent a court order to the contrary, no courtesy filings need to be filed in the District of Maine.

                                                            By the Court,

October 19, 2010                                  Janice E. Boucher
                                                      Janice E. Boucher
                                                      Deputy Clerk

cc:    Arthur Ginsberg, pro se
        Clerk, U.S. District Court, Maine