**Merrimack County Sheriff's Office**
SHERIFF SCOTT E. HILLIARD
333 Daniel Webster Hwy
Boscawen, NH 03303
Phone: 603-796-6600

### Invoice For Service: Summons and Complaint

GINSBERG, ARTHUR
10 GLENDALE DRIVE
NASHUA, NH 03064

Amount Due: 0.00
Invoice Number: 10-8619-CP
Invoice Date: 10/18/2010

603-498-6100

GINSBERG, ARTHUR vs DEHART, J
Docket Number: 10-CV-452-JL

| PERSON(S) SERVED & METHOD | DATE | TIME | SERVED BY |
|---|---|---|---|
| DEHART, JAMES<br>abode | 10/15/2010 | 08:35am | Deputy COREY |

| SERVICE FEES | QTY | PRICE | TOTAL |
|---|---|---|---|
| Non Est Fee | 0 | 0.00 | 0.00 |
| Service Fee | 1 | 25.00 | 25.00 |
| **MISC FEES** | **QTY** | **PRICE** | **TOTAL** |
| POSTAGE | 1 | 1.00 | 1.00 |
| Travel | 1 | 13.50 | 13.50 |
| **Mileage** | | | 0.00 |
| **Total Cost** | | | 39.50 |
| **Less Pre Payment: 39.50 Chk# CASH - 9769** | | | 39.50 |
| **Grand Total For Invoice #: 10-8619-CP Invoiced: 10/18/2010** | | | 0.00 |

RETURN OF SERVICE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2010 OCT 19 P 2: 52

MERRIMACK, SS                                           10/15/2010

    I, Deputy TODD M COREY, made service of the within Summons and Complaint upon JAMES L DEHART, by leaving at the abode of same, located at 120 New Road, Canterbury, NH, on this date at 8:35am.

FEES

| | |
|---|---|
| Service | 25.00 |
| Misc. | |
|    Postage | 1.00 |
|    Travel | 13.50 |
| TOTAL | 39.50 |

_____
Deputy TODD M COREY
Merrimack County Sheriff's Office

AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

Arthur Ginsberg )
)
*Plaintiff* )
)
v. )  Civil Action No. 10-cv-452-JL
James L. DeHart, John P Griffith, Landya B McCafferty, Margaret H Nelson, Diane M )
Nicolosi, Max Does 1 through 12, Maxine Does 1 through 12, Ned Zoes 1 through 12, and )
Nadine Zoes 1 through 12 )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

James L. DeHart
Supreme Court Attorney Discipline Office
4 Chenell Drive, Suite 102
Concord, N.H. 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Arthur Ginsberg
10 Glendale Drive
Nashua, NH 03064-1634

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**with ECF Notice attached**

JAMES R. STARR, Clerk

By: /s/ Ann Mulvee, Deputy Clerk

Date: 10/12/2010


AO 440 (Rev 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  James L. Dehart

was received by me on *(date)*  10/14/2010  .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                        *Server's signature*

                                                        _____
                                                        *Printed name and title*

                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc: