UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Arthur Ginsberg_____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:10-cv-00452-JAW |
| James DeHart, et al._____ | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: James L. DeHart, Landya B. McCafferty, Margaret H. Nelson and Diane M. Nicolosi_____

Date: November 22, 2010          /s/ K. Allen Brooks_____
                                 *Attorney's signature*

                                 K. Allen Brooks, Bar No. 16424_____
                                 *Printed name and bar number*

                                 Senior Assistant Attorney General
                                 Office of the Attorney General
                                 33 Capitol Street
                                 Concord, NH   03301_____
                                 *Address*

                                 allen.brooks@doj.nh.gov_____
                                 *E-mail address*

                                 (603) 271-3679_____
                                 *Telephone number*

                                 (603) 223-6266_____
                                 *FAX number*

## *CERTIFICATE OF SERVICE*

      I K. Allen Brooks, do hereby certify that on November 22, 2010, I caused the forgoing to be served on the parties by the Court's ECF system.


Dated: November 22, 2010                /s/ K. Allen Brooks_____
                                                   K. Allen Brooks