UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Arthur Ginsberg

                    v.                              NH Civil No. 10-cv-452-JAW

James L. DeHart, et al


O R D E R


        Arthur Ginsberg, pro se having failed to comply with the Court's Order on

Nonconforming Document dated November 24, 2010, document no. [21] MOTION to

Amend [19] MOTION for Joinder To Add Party filed by Arthur Ginsberg is herewith

stricken from the court's docket and returned to the submitting party.

        SO ORDERED


December  8, 2010                        /s/ John A. Woodcock
                                         John A. Woodcock
                                         Chief Judge, Sitting by Designation



cc:     Arthur Ginsberg, pro se
        Mary E. Malony, Esq.
        K. Allen Brooks, Esq.
        John C. Kissinger, Esq.