### IN THE U.S. DISTRICT COURT
### FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ARTHUR GINSBERG | ) |
| | ) |
| v. | ) |
| | ) |
| DAVID A. BROCK, | ) |
| CAROL ANN CONBOY, | ) |
| LINDA S. DALIANIS, | ) |
| MICHAEL A. DELANEY, | ) |
| JAMES L. DeHART, | ) |
| JAMES E. DUGGAN, | ) |
| JOHN P. GRIFFITH, | ) |
| GARY E. HICKS, | ) |
| ROBERT J. LYNN, | ) |
| LANDYA B. McCAFFERTY, | ) |
| MARGARET H. NELSON, | ) Case No. 1:10-CV-00452-JAW |
| DIANE M. NICOLOSI, | ) |
| MAX DOES 1 through 12, | ) |
| MAXINE DOES 1 through 12, | ) |
| NED ZOES 1 through 12, | ) |
| NADINE ZOES 1 through 12. | ) |

### PLAINTIFF'S MOTION FOR LEAVE
### TO FILE AN AMENDED COMPLAINT

NOW COMES Plaintiff, ARTHUR GINSBERG, appearing in his pro-se capacity, and respectfully requests that the court permit Plaintiff to amend the above-captioned complaint. In support of this motion, Plaintiff states the following:

1. On October 5, 2010, Plaintiff filed a Complaint, which was docketed as case number 1:10-cv-00452, and which was duly served on the named Defendants.

2. To date, none of the Defendants has filed an answer to the Complaint

1

3. Federal Rule of Civil Procedure 15(a) provides that: ***"a party may amend its pleading only with … the court's leave. The court should freely give leave when justice so requires."***

4. Plaintiff's Proposed First Amended Complaint is submitted as an exhibit hereto.

WHEREFORE, Plaintiff respectfully requests that the court:

    A. Grant this Motion for Leave to File an Amended Complaint;

    B. Grant such other relief as is equitable and just.

Due to the nature of this Motion, no concurrence has been sought.

Due to the nature of this Motion, no memorandum is required.

As noted above, Plaintiff's Proposed First Amended Complaint is submitted as an exhibit hereto.

Dated: January 11, 2011　　　　　　　　　　　/s/Arthur Ginsberg
　　　　　　　　　　　　　　　　　　　　　　Arthur Ginsberg
　　　　　　　　　　　　　　　　　　　　　　10 Glendale Drive
　　　　　　　　　　　　　　　　　　　　　　Nashua, New Hampshire 03064
　　　　　　　　　　　　　　　　　　　　　　603-889-0393
　　　　　　　　　　　　　　　　　　　　　　aginsberg@comcast.net

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing motion was personally served on all parties of record via ECF:

Dated: January 11, 2011　　　　　　　　　　　/s/Arthur Ginsberg
　　　　　　　　　　　　　　　　　　　　　　Arthur Ginsberg