# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ARTHUR GINSBERG | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES L. DeHART, | ) |
| JOHN P. GRIFFITH, | ) |
| LANDYA B. McCAFFERTY, | ) |
| MARGARET H. NELSON, | ) |
| DIANE M. NICOLOSI, | ) |
| MAX DOES 1 through 12, | )   Case No. 1:10-CV- 452-DAW |
| MAXINE DOES 1 through 12, | ) |
| NED ZOES 1 through 12, | ) |
| NADINE ZOES 1 through 12 | ) |

## PLAINTIFF'S MOTION TO ENLARGE THE LIMITATION TO FILE AN OBJECTION TO THE MOTION TO DISMISS (Doc. 14) FILED BY STATE DEFENDANTS JAMES L. DeHART, MARGARET NELSON, DIANE M. NICOLOSI, AND LANDYA B. McCAFFERTY

NOW COMES Plaintiff, appearing in his pro-se capacity, and respectfully requests a fourteen (14) day enlargement of time to and including January 25, 2011 within which to file his objection to the Motion to Dismiss filed by State Defendants James L. Dehart, Margaret Nelson, Diane M. Nicolosi, and Landya B. McCafferty. In support thereof, the Plaintiff states:

1. The current limitation expired on January 11, 2011.
2. The Plaintiff has not previously requested similar relief.
3. The Plaintiff requires additional time to complete legal research.
4. The granting of this motion would not result in the continuance of any hearing, conference, or trial.
5. A memorandum of law is not required because the relief sought by this motion is within the sound discretion of the Court.

1

6. The Plaintiff has made a good faith effort to obtain concurrence in the relief sought by this motion. Attorney K. Allen Brooks, represents the State Defendants, has informed the Plaintiff in writing that "We object to this motion."

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

A. Enter an order granting the within motion and allow a fourteen (14) day enlargement of time to and including January 25, 2011 within which the Plaintiff must file his objection to the State Defendants' Motion to Dismiss (Doc. 14).

B. Grant such other relief as is just and equitable.

Respectfully submitted,

January 12, 2011

/s/ Arthur Ginsberg
Arthur Ginsberg
10 Glendale Drive
Nashua, NH 03064-1634
(603) 889-0393
*aginsberg@comcast.net*

---

### CERTIFICATE OF SERVICE

I, Arthur Ginsberg, hereby certify that on January 12, 2011, I served copies of the foregoing motion on all Counsel of Record by ECF.

/s/ Arthur Ginsberg
Arthur Ginsberg
10 Glendale Drive
Nashua, NH 03064-1634
(603) 889-0393
*aginsberg@comcast.net*