UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

ARTHUR GINSBERG
    Plaintiff

    v.

JOHN P. GRIFFITH, et al            Case No. 1:10-cv-00452-JAW
    Defendant

APPEARANCE
AND
REQUEST FOR SERVICE OF PAPERS

To:    The clerk of court and all parties of record

You are hereby given notice that John P. Griffith appears in this case as counsel pro se. .

Date:   January 16, 2011                 /s/ John P. Griffith, pro se
                                                             Attorney's signature

                                                             John P. Griffith, Esquire, pro se (1022)
                                                             P.O. Box 1208
                                                             Wilton, NH 03086
                                                             griffithtrial@earthlink.net
                                                             (603) 654-5351

**CERTIFICATE OF SERVICE**

    I John P. Griffith, hereby certify that I am more than 18 years of age.
    That on January 16, 2011, I served the foregoing on the parties by the court's ECF system.

Dated  January 16, 2011                  /s/ John P. Griffith
                                                          John P. Griffith