UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

ARTHUR GINSBERG
    Plaintiff

    v.

JOHN P. GRIFFITH, et al          Case No. 1:10-cv-00452-JAW
    Defendant

WITHDRAWAL OF APPEARANCE

To:    The clerk of court and all parties of record

You are hereby given notice that John P. Griffith **WITHDRAWS** from appearing in this case as counsel pro se.

Date: February 19, 2011          /s/ John P. Griffith, pro se
                                                    Attorney's signature

                                                    John P. Griffith, Esquire, pro se (1022)
                                                    P.O. Box 1208
                                                    Wilton, NH 03086
                                                    griffithtrial@earthlink.net
                                                    (603) 654-5351

**CERTIFICATE OF SERVICE**

I John P. Griffith, hereby certify that I am more than 18 years of age.
That on January 16, 2011, I served the foregoing on the parties by the court's ECF system.

Dated February 19, 2011          /s/ John P. Griffith
                                                     John P. Griffith