UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

ARTHUR GINSBERG,                    )
                                    )
            Plaintiff,              )
                                    )
      v.                            )        NH Civil No. 10-cv-452-JAW
                                    )
JAMES L. DEHART, et al.,            )
                                    )
            Defendants.             )

**ORDER OF RECUSAL**

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding over the proceedings in this matter.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 27th day of June, 2011