UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED & FILED
2011 JUN 27 A 9: 10

BY_____
DEPUTY CLERK

Arthur Ginsbeg

v.    NH Civil Action No. 10-cv-452

James L. DeHart, et al


## AMENDED CONCURRING ORDER

I concur that D. Brock Hornby, a district judge in active service, shall be designated and reassigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge Margaret J. Kravchuk will still be assigned to perform such duties under 28 U.S.C. § 636 (a) - (c) as may be assigned to him/her by the district judge to whom this case is assigned.

Date: June 27, 2011

_____
Chief United States District Judge
District of Maine

cc:    All counsel of record
       Clerk, USDC- District of New Hampshire