UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **ARTHUR GINSBERG,** )<br>)<br>**PLAINTIFF** )<br>)<br>v. )<br>)<br>**JAMES L. DeHART, ET AL.,** )<br>)<br>**DEFENDANTS** ) | CIVIL NO. 1:10-CV-00452-DBH |

ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE

On March 22, 2011, the United States Magistrate Judge filed with the court, with copies to \*counsel, her Recommended Decision on Defendants' Motions to Dismiss and on Plaintiff's Motion to Amend Complaint. The plaintiff filed an objection to the Recommended Decision on April 5, 2011. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The motion to dismiss filed by the defendants DeHart, McCafferty, Nelson and Nicolosi is **GRANTED**. The motion to dismiss filed by the defendant Griffith is **GRANTED**. The plaintiff's motion to amend is

**DENIED**.  All federal causes of action are **DISMISSED WITH PREJUDICE**.  The state law cause of action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

**DATED THIS 28TH DAY OF JUNE, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**
**DISTRICT OF MAINE**

2