UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Arthur Ginsberg</u>

    v.                                            NH  Civil No. 10-cv-452-DBH

<u>James L. DeHart, et al</u>

## J U D G M E N T

In accordance with [40] Order by Judge D. Brock Hornby dated June 28, 2011 approving the [35] Report and Recommendations by Magistrate Judge Margaret J. Kravchuk dated March 22, 2011, judgment is hereby entered.

                                                  By the Court,

                                                  <u>/s/ Janice E. Boucher</u>
                                                  Janice E. Boucher
                                                  Deputy Clerk

June 29, 2011

cc:  Arthur Ginsberg, pro se
      Mary Maloney, Esq.
      K. Allen Brooks, Esq.
      John C. Kissinger, Esq.