**IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ARTHUR GINSBERG )<br>)<br>v. )<br>)<br>JAMES L. DeHART, )<br>JOHN P. GRIFFITH, )<br>LANDYA B. McCAFFERTY, )<br>MARGARET H. NELSON, )<br>DIANE M. NICOLOSI, )<br>MAX DOES 1 through 12, )<br>MAXINE DOES 1 through 12, )<br>NED ZOES 1 through 12, )<br>NADINE ZOES 1 through 12, ) | Case No. **1:10-cv-452-DBH** |

**NOTICE OF PLAINTIFF'S INTENTION TO MOVE TO FILE A REPLY MEMORANDUM PURSUANT TO LOCAL RULE 7.1(e)(2)**

NOW COMES Plaintiff, appearing in his pro-se capacity, and hereby gives notice of his intention to move to file a reply memorandum to the objection (Doc. 43) filed on July 15, 2011 by the NH ADO DEFENDANTS (Defendants James L. DeHart, Landya B. McCafferty, Margaret H. Nelson, and Diane M. Nicolosi).

                                                                  Respectfully submitted,

Dated: July 16, 2011                /s/ Arthur Ginsberg
                                                            Arthur Ginsberg
                                                            10 Glendale Dr.
                                                            Nashua, NH 03064
                                                            aginsberg@comcast.net

## **CERTIFICATE OF SERVICE**

I, Arthur Ginsberg, hereby certify that on this 16th day of July 2011, I served copies of the foregoing Notice Of Plaintiff's Intention To Move To File A Reply Memorandum Pursuant To Local Rule 7.1(e)(2) on all Counsel of Record via ECF.

/s/ Arthur Ginsberg
Arthur Ginsberg