## IN THE U.S. DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ARTHUR GINSBERG )<br>)<br>    v.           )<br>)<br>JAMES L. DeHART,           )<br>JOHN P. GRIFFITH,          )<br>LANDYA B. McCAFFERTY,      )<br>MARGARET H. NELSON,        )<br>DIANE M. NICOLOSI,         )<br>MAX DOES 1 through 12,     )<br>MAXINE DOES 1 through 12,  )<br>NED ZOES 1 through 12,     )<br>NADINE ZOES 1 through 12,  ) | Case No. **1:10-cv-452-DBH** |

## NOTICE OF APPEAL

Notice is hereby given that Arthur Ginsberg, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment (Doc. 41), entered in this action on the 29th day of June 2011.

Respectfully submitted,

Dated:  July 29, 2011

/s/ Arthur Ginsberg
Arthur Ginsberg
10 Glendale Dr.
Nashua, NH 03064
(603) 889-0393
aginsberg@comcast.net

## **CERTIFICATE OF SERVICE**

I, Arthur Ginsberg, hereby certify that on this 29 day of July 2011, I served copies of the foregoing Notice Of Appeal on all Counsel of Record via ECF.

                                /s/ Arthur Ginsberg
                                Arthur Ginsberg