UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET
August 2, 2011

1. NH D Civil No. 1:10-cv-452-DBH                           C.C.A.# _____

2. TITLE OF CASE:  <u>Arthur Ginsberg v. James L. DeHart, et al</u>

3. NAME OF COUNSEL FOR APPELLANT(S):
   <u>See certified copy of docket (ECF registered users not provided with a copy of docket)</u>

4. NAME OF COUNSEL FOR APPELLEE(S):
   <u>See certified copy of docket (ECF registered users not provided with a copy of docket)</u>

5. NAME OF JUDGE:  Judge D. Brock Hornby, Sitting by Designation

6. COURT REPORTER(S) & DATES:

   TRANSCRIPTS ORDERED / ON FILE          NO

7. HEARING / TRIAL EXHIBITS              N/A

8. COURT-APPOINTED COUNSEL               NO

9. FEE PAID                              YES

10. IN FORMA PAUPERIS                    NO

11. MOTIONS PENDING                      YES, see "Special Comments" below.

12. GUIDELINES CASE                      NO

13. RELATED CASES ON APPEAL              NO

    C.C.A. # (IF AVAILABLE):

    DATE OF LAST NOTICE OF APPEAL:

14. SPECIAL COMMENTS:

**Pending motion as of 8/2/11 with related transactions:**

7/8/11, #42, MOTION for Reconsideration and Articulation filed by Arthur Ginsberg. Follow up on Objection on 7/25/2011. (Ginsberg, Arthur)

**Related entries:**

07/15/2011 #43, OBJECTION to 42 MOTION for Reconsideration and Articulation filed by James L. DeHart, Landya B. McCafferty, Margaret H. Nelson, Diane M. Nicolosi.(Brooks, K.) This docket entry was modified on 7/18/2011 to delete the following statement which was entered in error since there will be no conventionally filed exhibit(s) relating to this objection filed with the Clerk's Office: "Certain exhibit(s) maintained conventionally in Clerks Office." (jeb).

07/16/2011 #44, NOTICE OF PLAINTIFFS INTENTION TO MOVE TO FILE A REPLY MEMORANDUM PURSUANT TO LOCAL RULE 7.1(e)(2) by Arthur Ginsberg (Ginsberg, Arthur)

7/26/11, #45, MOTION for Leave to File REPLY MEMORANDUM TO THE OBJECTION (DOC. 43) filed by Arthur Ginsberg. Follow up on Objection on 8/12/2011. (Attachments: # 1 Memorandum of Law PLAINTIFFS PROPOSED REPLY MEMORANDUM)(Ginsberg, Arthur)