UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Arthur Ginsberg

          v.                                             NH Civil No. 10-cv-452-DBH

James L. DeHart, et al

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

    I, Janice E. Boucher, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following are herewith transmitted to the First Circuit Court of Appeals to constitute the record on appeal.

    DOCUMENTS NUMBERED:  1-48

        IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, August 2, 2011.

        **JAMES R. STARR, Clerk**

        **By: /s/ Janice Boucher, Deputy Clerk**


cc:    Arthur Ginsberg, pro se
       Mary E. Maloney, Esq.
       K. Allen Brooks, Esq.
       John c. Kissinger, Esq.