# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ARTHUR GINSBERG, )<br>)<br>        PLAINTIFF    )<br>) | |
| v.                                         )<br>) | CIVIL NO. 1:10-CV-00452-DBH |
| JAMES L. DeHART, ET AL.,      )<br>) | |
|         DEFENDANTS  ) | |

## ORDER ON PLAINTIFF'S MOTIONS

The plaintiff's request to file a reply memorandum is **GRANTED**.

The plaintiff's motion for reconsideration and articulation is **DENIED** as this matter is currently on appeal to the Court of Appeals for the First Circuit.

**SO ORDERED.**

**DATED THIS 29TH DAY OF AUGUST, 2011**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**
**DISTRICT OF MAINE**