UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Arthur Ginsberg


       v.                                     NH Civil No. 1:10-cv-452-DBH
                                               Appellate Case No. 11-1893

James L. DeHart, et al


CLERK'S SUPPLEMENTAL CERTIFICATE TO
CIRCUIT COURT OF APPEALS


      I, Janice E. Boucher, Deputy Clerk of the United States District Court for the District of

New Hampshire, do hereby certify that the following are herewith transmitted to the First Circuit

Court of Appeals to constitute the record on appeal.


      DOCUMENTS NUMBERED:  49 and 50


                                       IN TESTIMONY WHEREOF, I hereunto set my
hand and affix the seal of said Court, at Concord,
in said District, on this day, August 30, 2011.


                                       **JAMES R. STARR, Clerk**

                                       **By: /s/ Janice Boucher, Deputy Clerk**


cc:  Arthur Ginsberg, pro se
      Mary E. Maloney, Esq.
      K. Allen Brooks, Esq.
      John c. Kissinger, Esq.