UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Arthur Ginsberg

      v.                                        NH Civil No. 10-cv-452-DBH

James L. DeHart, et al


CLERK'S SUPPLEMENTAL CERTIFICATE TO
CIRCUIT COURT OF APPEALS

     I, Janice E. Boucher, Deputy Clerk of the United States District Court for the District of

New Hampshire, do hereby certify that the following are herewith transmitted to the First Circuit

Court of Appeals to constitute the record on appeal.

     DOCUMENT:  Notice of Electronic Filing (NEF) - Appeal Filing Fee Paid


                                    IN TESTIMONY WHEREOF, I hereunto set my
                                    hand and affix the seal of said Court, at Concord,
                                    in said District, on this day, September 22, 2011.

                                    **JAMES R. STARR, Clerk**

                                    **By: /s/ Janice Boucher, Deputy Clerk**


cc:     Arthur Ginsberg, pro se
        Mary E. Maloney, Esq.
        K. Allen Brooks, Esq.
        John C. Kissinger, Esq.

Case 1:10-cv-00452-DBH   Document 52   Filed 09/22/11   Page 2 of 2