# United States Court of Appeals
## For the First Circuit

No. 11-1893

ARTHUR GINSBERG

Plaintiff - Appellant

v.

JAMES L. DEHART; JOHN P. GRIFFITH; LANDYA B. MCCAFFERTY; MARGARET H. NELSON; DIANE M. NICOLOSI; MAX DOES 1-12; MAXINE DOES 1-12; NED ZOES 1-12; NADINE ZOES 1-12

Defendants - Appellees

**MANDATE**

Entered: July 12, 2012

    In accordance with the judgment of June 20, 2012, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
K. Allen Brooks
Arthur Ginsberg
Mary E. Maloney
Richard C. Nelson